IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE VIALE, et al., | No. C-19-0038 MMC |
| Plaintiffs, | **AMENDED PRETRIAL PREPARATION ORDER** |
| v. | |
| AIR & LIQUID SYSTEMS, et al., | |
| Defendants / | |

It is hereby **ORDERED** pursuant to Federal Rules of Civil Procedure and the Local Rules of this Court:

JURY SELECTION DATE: Thursday, August 27, 2020 at 9:00 a.m., Courtroom 7, 19th floor.

JURY TRIAL DATE: Monday, August 31, 2020 at 9:00 a.m., Courtroom 7, 19th floor.

TRIAL LENGTH is estimated to be  15 to 20  days.

DISCOVERY PLAN: Per Federal Rules of Civil Procedure and Local Rules, subject to any provisions below.

NON-EXPERT DISCOVERY CUTOFF :  March 2, 2020 .

DESIGNATION OF EXPERTS:

Plaintiffs: No later than  March 30, 2020 .
Defendants: No later than  April 13, 2020 .
Plaintiffs/Defendants Rebuttal: No later than  April 24, 2020 .

Parties shall conform to Federal Rule of Civil Procedure 26(a)(2).

EXPERT DISCOVERY CUTOFF:  May 15, 2020 .

DISCOVERY MATTERS are referred to a Magistrate Judge and are to be noticed for hearing before the assigned Magistrate Judge.

DEADLINE TO AMEND PLEADINGS:  April 30, 2019 .

DISPOSITIVE MOTIONS shall be filed no later than  May 29, 2020 , and shall be noticed for hearing 35 days thereafter.

SETTLEMENT CONFERENCE shall be held before Magistrate Judge Jacqueline Scott Corley to be conducted as her calendar permits.

PRETRIAL CONFERENCE DATE:  August 18, 2020  at 10:00 a.m.

    COUNSEL WHO INTEND TO TRY THE CASE MUST ATTEND THE PRETRIAL CONFERENCE.  Counsel shall be prepared to discuss all aspects of the case, including settlement.  Pretrial shall conform to instructions attached to the Pretrial Preparation Order, filed April 8, 2019.

MEET AND CONFER (Civil L.R. 16-10(b)(5)):  Lead trial counsel shall meet and confer no later than July 13, 2020.

PLAINTIFFS ARE ORDERED TO SERVE A COPY OF THIS ORDER ON ANY PARTY SUBSEQUENTLY JOINED IN THIS ACTION.

DATED: August 10, 2019

_____
MAXINE M. CHESNEY
United States District Judge