UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

DEBBIE L. VIALE, et al.,
Plaintiffs,
v.
AIR & LIQUID SYSTEMS CORP, et al.,
Defendants.

Case No. 19-cv-00038-MMC (JSC)

**NOTICE AND ORDER REGARDING COUNSEL-ONLY SETTLEMENT CONFERENCES**

TO ALL REMAINING PARTIES AND COUNSEL OF RECORD:

The above matter was referred to Magistrate Judge Jacqueline Scott Corley for settlement purposes.

You are hereby notified that *counsel-only* Settlement Conferences are scheduled for May 18, 2020 and May 19, 2020. In light of the Covid-19 pandemic the conferences will be conducted by video according to the following schedule.

May 18, 2020 9:00 a.m.: Plaintiff and Allied Fluid Products, Inc. (represented by Imai Tadlock Keeney & Cordery LLP).

May 18, 2020 at 11:00 a.m.: Plaintiff and Elementis Chemicals, Inc. and Exxon Mobil Corp. (both represented by Dehay & Elliston, LLP).

May 18, 2020 at 12:00 p.m.: Plaintiff and Foster Wheeler, LLC (represented by Hugo Parker, LLP).

May 18, 2020 at 1:00 p.m.: Plaintiff and Calaveras entities (represented by Foley Mansfield).

United States District Court
Northern District of California

May 18, 2020 at 2:00 p.m.: Plaintiff and Certaineed Corp. and Metalclad Insulation Corp. (represented by Dentons US LLP).

May 18, 2020 at 3:00 p.m.: Plaintiff and Keenan Properties, Inc. (represented by CMBG3 Law LLC).

May 19, 2020 at 9:30 a.m.: Plaintiff and Shell Oil Company (represented by Nixon Peabody).

May 19, 2020 at 11:00 a.m.: Plaintiff and SPX Cooling Technologies Inc. (represented by Michael Estrada).

May 19, 2020 at 12:00 p.m.: Plaintiff and Sterling Fluid (represented by Pond North LLP).

May 19, 2020 at 1:00 p.m.: Plaintiff and Chevron, Trane USA, and Union Oil Co. (all represented by Prindle, Goetz, Barnes & Reinholtz LLP).

1. Counsel for Plaintiff and each Defendant shall contact the Court's Deputy Clerk Ada Means at ada_means@cand.uscourts.gov on or before **May 11, 2020** with the name(s) and email address(es) of counsel attending the video settlement conference so that counsel can be emailed the invitation to the video conference.

2. Each party shall prepare a Settlement Conference Letter, which must be served on opposing counsel and emailed to JSCsettlement@cand.uscourts.gov at least one week before the counsel-only settlement conference.

3. The Settlement Conference Letter shall include:

a. A brief statement of the facts of the case.

b. A brief statement of the claims and defenses including, but not limited to, statutory or other grounds upon which the claims are founded, and a candid evaluation of the parties' likelihood of prevailing on the claims and defenses; and a description of the major issues in dispute.

c. A summary of the proceedings to date and any pending motions.

d. The relief sought.

e. Any discrete issue that, if resolved, would facilitate the resolution of the case.

f. The party's position on settlement, including present demands and offers and a history of past settlement discussions.

g. A list of counsel who will attend the settlement conference on behalf of each side.

4. The parties shall notify the Court immediately at JSCsettlement@cand.uscourts.gov if the claims against any defendant resolve prior to the date set for the counsel-only Settlement Conference.

**IT IS SO ORDERED.**

Dated: April 20, 2020

JACQUELINE SCOTT CORLEY
United States Magistrate Judge

United States District Court
Northern District of California