IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE L. VIALE, et al.,<br><br>    Plaintiffs,<br><br>    v.<br><br>AIR & LIQUID SYSTEMS CORP, et al.,<br><br>    Defendants. | Case No. 19-cv-00038-MMC<br><br>**ORDER VACATING PRETRIAL CONFERENCE, JURY SELECTION, AND TRIAL DATES; SETTING STATUS CONFERENCE; DIRECTIONS TO PARTIES** |

Pursuant to General Order No. 72-4, which provides that, in light of the COVID-19 pandemic, "[n]o new jury trial will be conducted through September 30, 2020," see Gen. Order. No. 72-4, the pretrial conference, jury selection, and trial dates, which are, respectively, August 18, 2020, August 27, 2020, and August 31, 2020, are hereby VACATED.

Plaintiffs and all remaining defendants are hereby DIRECTED to appear at a status conference on August 28, 2020, at 10:30 a.m., for the purpose of resetting the pretrial conference, jury selection, and trial dates.[1]  The remaining defendants are those that, to date, have not been dismissed or as to whom summary judgment has not been granted, specifically, Air & Liquid Systems Corporation, A.W. Chesterton Company, Calaveras Asbestos Ltd., Calaveras Natural Resources Inc., CBS Corporation, Chevron U.S.A. Inc., Crane Co., General Electric Company, Grinnell LLC, Keenan Properties Inc.,

---

[1] The status conference will be conducted remotely.  The Clerk of Court, at a later date, will provide the parties with the details.

Metropolitan Life insurance Company, Shell Oil Company, and Soco-West, Inc.[2]  Each such defendant shall appear at a status conference unless a notice of dismissal or stipulation of dismissal as to that defendant is filed prior to the status conference.[3]

All parties that are directed to appear shall file, no later than August 21, 2020, a Joint Status Conference Statement, in which they shall set forth jointly-proposed date(s) for trial, an update as to the estimated length of the trial, and the status of any alternative dispute resolution.  In addition, plaintiffs shall state therein why their claims against Soco-West, Inc. should not be dismissed, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, for failure to file proof of service of the summons and complaint upon said defendant.

**IT IS SO ORDERED.**

Dated: July 14, 2020

MAXINE M. CHESNEY
United States District Judge

---

[2] A.W. Chesterton Company, CBS Corporation, General Electric Company, Grinnell LLC, and Metropolitan Life Insurance Company have each filed a Notice of Partial Resolution, in which each said defendant indicates that, although it has reached a resolution with plaintiffs, the documentation for the settlement has not been completed. All such notices, however, were filed months ago and no dismissal has been filed as to any of these five defendants.

[3] The Court has been advised that two additional defendants, namely, CertainTeed Corporation and DBMP LLC, have filed for bankruptcy protection.  (See Doc. No. 230.) Neither of these defendants need attend the status conference, as plaintiffs' claims against both have been stayed by order of the Bankruptcy Court.  (See id.)