IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE L. VIALE, et al.,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>AIR & LIQUID SYSTEMS CORP, et al.,<br><br>　　　　Defendants. | Case No. 19-cv-00038-MMC<br><br>**ORDER RE: PROPOSED JUDGMENT FILED BY DEFENDANT SPX COOLING TECHNOLOGIES, INC.** |

In the instant action, plaintiffs allege in the operative complaint, the Second Amended Complaint, claims against twenty-nine defendants. By order filed July 7, 2020, the Court granted a motion for summary judgment filed by one of those defendants, specifically, SPX Cooling Technologies, Inc.'s ("SPX Cooling").

The Court is now in receipt of a "[Proposed] Judgment," filed August 4, 2020, by SPX Cooling. Said proposed Judgment was not accompanied by a motion seeking entry thereof. The Court nonetheless considers whether entry of the proposed Judgment is appropriate at this stage of the proceedings.

Where, as here, "multiple parties" are named in a complaint, "the court may direct entry of a final judgment as to one or more, but fewer than all, claims or parties only if the court expressly determines that there is no just reason for delay." See Fed. R. Civ. P. 54(b). Here, plaintiffs seek to recover damages for injuries they assert were jointly caused by all twenty-nine defendants, and, although plaintiffs' claims against SPX Cooling have been resolved by the Court, plaintiffs' claims against eleven alleged joint

tortfeasors remain pending.[1]  Under such circumstances, the Court declines to enter a separate final judgment with respect to SPX Cooling.

**IT IS SO ORDERED.**

Dated:  August 5, 2020

MAXINE M. CHESNEY
United States District Judge

---

[1] In an order filed July 14. 2020, the Court identified thirteen defendants that, as of that date, had not been dismissed or as to whom summary judgment had not been entered.  Subsequent thereto, plaintiffs' claims against two of those defendants have been dismissed.