IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| DEBBIE L. VIALE, et al.,<br><br>    Plaintiffs,<br><br>  v.<br><br>AIR & LIQUID SYSTEMS CORP, et al.,<br><br>    Defendants. | Case No. 19-cv-00038-MMC<br><br>**ORDER VACATING CASE MANAGEMENT CONFERENCE** |

    Before the Court is the Case Management Statement ("Statement") unilaterally filed by plaintiffs on August 21, 2020.

    Contrary to plaintiffs' assertion therein, the Court approved, on the date such stipulation was filed, the stipulation to dismiss plaintiffs' claims against Soco-West, Inc. (See Order, filed July 31, 2020 (Doc. No. 294).)  Additionally, contrary to plaintiffs' assertion, no party has requested entry of a "disposition," by a separate final judgment or otherwise, based on the Court's orders granting motions for summary judgment in favor of defendants Foster Wheeler LLC and Exxon Mobil Corporation.  (See Pls.' Statement at 2:17-20); see also Fed. R. Civ. P. 54(b).

    With respect to plaintiffs' pending claims against the remaining ten defendants, the Court, by separate order filed concurrently herewith, has conditionally dismissed those claims, in light of plaintiffs' representation in the Statement that said claims have "been disposed of via settlement." (See id. at 2:6-8.)  Further, given such order of dismissal, the Court, by another order filed concurrently herewith, has directed the Clerk to enter judgment on the Court's orders granting summary judgment.  See Fed. R. Civ. P. 54(b).

//

Lastly, under the circumstances described above, the Case Management Conference scheduled for August 28, 2020, is hereby VACATED.

**IT IS SO ORDERED.**

Dated: August 25, 2020

_____
MAXINE M. CHESNEY
United States District Judge